**Beth Scofield, Plaintiff-Appellant, v. Louis I. Behm, et al., Defendants-Appellees.**

**Gen. No. 67–25. (Abstract of Decision.)**

Second District.

November 29, 1967.

Rehearing denied January 3, 1968.

Paul E. Hamer, of Northbrook, for appellant; Finn and Geiger, Kaufman, Wasneski and Yastrow, of Waukegan, and Churchill & Baumgartner, of Grays Lake, for appellees. Opinion by JUSTICE BAUER. Not to be published in full.